AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| Papa Djiby ANNE, | ) | Case No.  8:25-MJ-401(PJE) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Dec 01 - 2025**

John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 27, 2025, in the county of Clinton in the Northern District of New York, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of France, who has been denied admission, excluded, deported, or removed, or has deported the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or her successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Alex J. Espinoza, Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   12/1/2025
Click here to enter text.

_____
Paul J. Evangelista
U.S. Magistrate Judge

City and State:    Plattsburgh, NY

*United States of America v.* Papa Djiby ANNE

On November 27, 2025, at approximately 1:00 p.m., Swanton Sector Communications (KAD 640) notified Champlain Border Patrol Agents that the Royal Canadian Mounted Police had reported subjects traveling south towards the international boundary through the woods North of Eddy Road in Mooers Forks, NY. Eddy Road is in a remote area of Mooers Forks, and it runs parallel with the international boundary between Canada and the United States. Because of this road's proximity to the international boundary and its remoteness, it's frequently utilized by smugglers for illicit cross border activities.

At approximately 8:52 p.m., KAD 640 notified Champlain Border Patrol Agents of remote images that had captured one person walking towards a Toyota Prius that was parked in a commonly used smuggling location on Eddy Road. Agents responded to the area and at approximately 9:25 p.m. encountered a red Toyota Prius bearing Texas tags travelling South on New York State Route 22. State Route 22 is commonly used by smugglers as a route of egress away from the border to avoid the main roadways. At approximately 9:30 p.m., the agent initiated a vehicle stop in order to conduct an immigration inspection of the vehicle's occupants.

The agent approached the vehicle, identified himself as a United States Border Patrol Agent, and proceeded to question the occupants as to their citizenship. The driver, U.U., stated he was Turkish and that he had an immigration hearing scheduled. The driver stated that he did not know the two people, (later identified as M.A. and Papa Djiby ANNE) sitting in his rear seats. ANNE freely admitted that he was a citizen of France, that he had just crossed the border illegally, and that he did not know M.A. or the driver. Initially M.A. and ANNE claimed to be using Uber, but the driver stated that while he does drive for Uber, he wasn't actively doing an Uber trip.

ANNE was placed under arrest along with the driver and the other passenger and everyone was transported to the Champlain Border Patrol Station for further investigation.

At the station, ANNE's biographical information and fingerprints were entered into Department of Homeland Security databases. Record checks revealed that ANNE did not have any immigration documentation that would allow him to be within the United States legally. Record checks further revealed ANNE had been previously ordered removed from the United States.

On April 10, 2023, ANNE was admitted into the United States on a Visa Waiver until July 8, 2023, Anne overstayed his admission. On August 15, 2025, ANNE was arrested by a Deportation Officer with Enforcement and Removal Operations in Philadelphia, Pennsylvania. On August 15, 2025, ANNE was issued a Final Order of Removal. On September 8, 2025, ANNE was removed from the United States through the New York, New York (Kennedy) Port of Entry.

ANNE was issued his *Miranda* warning and agreed to speak with law enforcement without a lawyer present. ANNE acknowledged he was deported from the United States and knew he was barred from re-entry for a period of five years. ANNE admitted he did not request permission to enter the United States legally. ANNE said he entered the United States illegally to gather his belongings that remained in Pennsylvania after he was deported and then he was going to return to Canada.

A search of relevant immigration records confirmed that ANNE has not sought nor obtained the express permission of the Attorney General, or her successor, the secretary of Homeland Security, to return to the United States following his previous removal.